**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kevin M. HILL, Defendant–Appellant.**

No. 04–30373.

United States Court of Appeals, Ninth Circuit.

Submitted May 9, 2005.*

Decided May 13, 2005.

William W. Mercer, Esq., USBI–Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Robin B. Hammond, Esq., FDMT–Federal Defenders of Montana, Billings, MT, for Defendant–Appellant.

Before: PREGERSON, CANBY, and THOMAS, Circuit Judges.

## MEMORANDUM **

Kevin M. Hill appeals his guilty plea conviction and 10–month sentence for social security fraud, in violation of 42 U.S.C § 1383a(a)(2).

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Hill has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Hill has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Accordingly, counsel's motion to withdraw is GRANTED, and in light of the valid appeal waiver contained in the plea agreement, this appeal is DISMISSED.